

Thaddeus J. Hubert, IV | Partner
Direct 609.986.1386 | Thubert@goldbergsegalla.com

May 22, 2025

Hon. Leda Dunn Wettre
United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street, Courtroom MLK 3C
Newark, NJ 07102

   Re: Rucci v. Sunbeam, et al.
     Civil Action No.: 2:24-cv-9345

Dear Judge Wettre:

 Please allow this letter to serve as Sunbeam's status update. The parties have exchanged discovery and have scheduled plaintiff's deposition for June 3, 2025, in advance of the June 4, 2025 settlement conference.

 Defendant Sunbeam has also retained a mechanical engineering expert and is in the process of scheduling a joint product exam by the end of June with plaintiff's expert if the matter does not settle at the conference.

 The parties appear to be on schedule and are working amicably towards a resolution.

       Respectfully submitted,

       **GOLDBERG SEGALLA LLP**

       Thaddeus J. Hubert, IV

TJH:st

**Please send mail to our scanning center at: PO Box 580, Buffalo NY 14201**

**OFFICE LOCATION** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587 | **PHONE** 609-986-1300 | **FAX** 609-986-1301 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\20014\1603\51494267.v2-5/22/25