## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEVA RUCCI,<br><br>      Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., *et al.*,<br><br>      Defendants. | Civil Action No.<br><br>24-9345 (EP) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

      **THIS MATTER** having come before the Court by way of a June 4, 2025 telephone conference before the undersigned, and for good cause shown,

      **IT IS, on this 4th day of June 2025, ORDERED** that the pretrial schedule is hereby amended as follows:

1. Fact discovery is extended for a **<u>FINAL TIME</u>** through **September 30, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall confer and select a mediator from the Hon. Evelyn Padin, U.S.D.J.'s list of recommended mediators and submit their choice to the Court on or before **June 13, 2025**.

3. The parties shall complete mediation on or before **August 30, 2025**.

4. The parties shall appear for a telephonic status conference before the undersigned on **September 15, 2025 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 374 449 673#.

2

5. The schedule for the final service of expert reports and expert depositions shall be discussed at the above-scheduled telephone conference if the case is not resolved at mediation. The parties, however, shall complete all expert reports necessary for a productive mediation prior to their mediation session.

                                                           *s/ Leda Dunn Wettre*
                                                           Hon. Leda Dunn Wettre
                                                           United States Magistrate Judge