# EICHEN CRUTCHLOW ZASLOW, LLP
## ATTORNEYS AT LAW

BARRY R. EICHEN ♣§Δ
WILLIAM O. CRUTCHLOW ♣
DARYL L. ZASLOW ♣
THOMAS F. RINALDI ±
CHRISTOPHER J. CONRAD
ROBERT J. BANAS §
HANNA C. EICHEN
GARY G. MINASSIAN ±
MICHAEL B. SHAW ±
FRANCES WANG DEVENEY

40 ETHEL ROAD
EDISON, NEW JERSEY 08817

TEL: (732) 777-0100
FAX: (732) 248-8273

www.njadvocates.com

AFFILIATE OFFICES
TOMS RIVER

September 8, 2025

Hon. Leda Dunn Wettre
United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street, Courtroom MLK 3C
Newark, NJ 07102

      **Re: Rucci v. Sunbeam**
         **Civil Action No.: 2:24-cv-9345**

Dear Judge Wettre:

    Our office represents the Plaintiff in the above-referenced matter and is providing the within status letter in advance of the September 15, 2025 status conference. At this time, party depositions have nearly been completed, with the exception of the defendant's corporate representative, which is currently being scheduled by the parties. The experts have also conducted initial testing of the pressure cooker, but there was an inadvertent error in the correct pressure cooker that needed to be tested, and so additional testing is being performed.

                Respectfully submitted,

                *s/Robert J. Banas*
RJB/jt                ROBERT J. BANAS