UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEVA RUCCI,<br><br>            Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., *et al.*,<br><br>            Defendants. | Civil Action No.<br><br>24-9345 (EP) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 15, 2025 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 16th day of September 2025, ORDERED** that the Pretrial Scheduling Order entered November 15, 2024 (ECF 7), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended for a **<u>FINAL TIME</u>** through **October 31, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **November 28, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **January 23, 2026**. Any such report shall comport with the form and content requirements referenced above.

4. The parties shall appear for a telephonic status conference before the undersigned on **January 6, 2026 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 834 365 137#.

5. The parties shall appear for an in-person settlement conference before the undersigned on **February 3, 2026 at 10:00 a.m.** at the Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, 3rd Floor, Courtroom 3C, Newark, NJ.  Clients with full and immediate settlement authority must attend for the duration.  Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference.  Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

      *s/ Leda Dunn Wettre*
      Hon. Leda Dunn Wettre
      United States Magistrate Judge